FILED

02/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0483

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 23-0483

| | |
|---|---|
| HAZEL NOONAN, <br><br> Appellant, <br><br> vs. <br><br> JOHN MICHAEL CONNORS. <br><br> Appellee. | **ORDER** |

Upon receipt of Appellant's Unopposed Motion for Extension of Time to File Reply Brief – First Request, and good cause shown, it is hereby ordered that the Motion is GRANTED. Appellant shall file her Reply brief on or before March 27, 2024.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 27 2024